**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Alexis Brown-Turbyfill <br> 2031 E. Birch Street, Apt. 2 <br> Philadelphia, PA 19134 <br><br> Plaintiff, <br><br> v. <br><br> GrubHub <br> 1601 Cherry Street <br> Philadelphia, PA 19102 <br> Defendant | JURY DEMANDED <br><br> No. 2:20-cv-06382-JDW |

## NOTICE OF PLAINTIFF ALEXIS BROWN-TURBYFILL'S VOLUNTARY DISMISSAL OF THE COMPLAINT AGAINST DEFENDANT, WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(i), Plaintiff Alexis Brown-Turbyfill files this voluntary dismissal of the Complaint (ECF 1), with prejudice, against Defendant GrubHub ("Defendant"). Defendant has not yet answered nor filed a motion for summary judgment, and thus permission from the Court and the opposing party is not needed although Defendant has indicated that

they consent to this voluntary dismissal, with prejudice.  All parties are to bear their own costs.

                                                Respectfully submitted,

                                                */s/ Mary LeMieux-Fillery*
                                                Mary Lemieux-Fillery, Esquire
                                                Law Offices of Eric A. Shore, P.C.
                                                Two Penn Center
                                                1500 JFK Boulevard, Suite 1240
                                                Philadelphia, PA 19110
                                                maryf@ericshore.com
                                                Telephone: (267) 546-0132
                                                *Counsel for Plaintiff Alexis Brown-Turbyfill*

Dated:  January 26, 2021

## **CERTIFICATE OF SERVICE**

I, Mary Lemieux-Fillery, Esquire, hereby certify that on this 26th day of January, 2021, a true and correct copy of the foregoing Notice of Plaintiff Alexis Brown-Turbyfill's Voluntary Dismissal of the Complaint Against Defendant, With Prejudice was filed electronically, is available for viewing and downloading from the Court's ECF system, and was served upon the following through electronic mail:

Gabe Shechter
Counsel
gshechter@grubhub.com
111 W. Washington, Suite 2100
Chicago, IL 60602
*Counsel for Defendant GrubHub*

By:*/s/ Mary LeMieux-Fillery*
Mary Lemieux-Fillery, Esquire
Law Offices of Eric A. Shore, P.C.
Two Penn Center
1500 JFK Boulevard, Suite 1240
Philadelphia, PA 19110
maryf@ericshore.com
Telephone: (267) 546-0132
*Counsel for Plaintiff Alexis Brown-Turbyfill*

Dated: January 26, 2021